United States District Court
Southern District of Texas

**ENTERED**

August 29, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAVIER URIBE, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:18-CV-726 |
| | § | |
| HOUSTON WASTE SOLUTIONS, LLC, | § | |
| | § | |
| Defendant. | § | |

### ORDER OF DISMISSAL

In accordance with the Joint Stipulation filed July 18, 2019, (Doc # 38), it is hereby ORDERED that this action be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is so ORDERED. 08/29/2019.

_____

The Honorable Alfred H. Bennett
United States District Judge